U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

OCT 28 2008

ROBERT H. SHEMWELL, CLERK
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ROBERT RAY OWEN | CIVIL ACTION NO. 07-cv-0177 |
| VERSUS | JUDGE STAGG |
| SHERIFF'S DEPARTMENT WEBSTER PARISH, ET AL | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Summary Judgment (Doc. 36) is **granted** and Plaintiff's complaint is **dismissed** as to all defendants.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 28th day of October, 2008.

TOM STAGG
UNITED STATES DISTRICT JUDGE